NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Nathan A. Oyster (SBN 225307); noyster@bwslaw.com
Caylin W. Jones (SBN 327829); cjones@bwslaw.com
David E. Manrique (SBN 350842); dmanrique@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

ATTORNEY(S) FOR: Defendant COUNTY OF RIVERSIDE et al.,

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER<br>Plaintiff(s),<br>v.<br>COUNTY OF RIVERSIDE; et al.,<br>Defendant(s) | CASE NUMBER:<br>5:25-cv-03520-DSF-SK<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendants COUNTY OF RIVERSIDE and CHAD BIANCO or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Human Rights Defense Center | Plaintiff |
| County of Riverside | Defendant |
| Chad Bianco | Defendant |
| Herman Lopez | Defendant |
| Mike Koehler | Defendant |
| Michael Moulton | Defendant |
| Bruce Phillips | Defendant |

January 16, 2026
Date

/s/ Nathan A. Oyster
Signature

Attorney of record for (or name of party appearing in pro per):

Defendants COUNTY OF RIVERSIDE, et al.,