UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 25-03520 DSF (SKx) | Date | March 2, 2026 |
| Title | Human Rights Defense Center v. County of Riverside et al | | |

Present: The Honorable DALE S. FISCHER, United States District Judge

| | |
|---|---|
| Patricia Kim | Miranda Algorri |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Marc J. Shinn-Krantz | Nathan Oyster |

**Proceedings:** MOTION HEARING (Non-Evidentiary – Held and Completed)

MOTION FOR PRELIMINARY INJUNCTION [11]

The matter is called and counsel state their appearances. The Court questions counsel as stated in court and on the record on above motion and invites counsel to present their oral arguments. Oral arguments by counsel are heard and the matter is taken under submission. Any additional briefing shall be filed by March 23, 2026. A written order will follow.